CALL & HANSON, P.C.
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

Michael J. Hanson
Call & Hanson, P.C.
413 G Street
Anchorage, AK 99501-2126

Phone: (907) 258-8864
Fax: (907) 258-8865
E-Mail: mjh@chklaw.net

Attorneys for
Defendant Christopher F. Twiford, D.C.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

JACLYN CABALES and JONATHAN CABALES,

Plaintiffs,

v.

ALBERT E. MORGAN, D.C., ARCTIC CHIROPRACTIC BETHEL, LLC, and CHRISTOPHER F. TWIFORD, D.C.,

Defendants.

---

ARCTIC CHIROPRACTIC BETHEL, LLC,

Third-Party Plaintiff,

v.

UNITED STATES OF AMERICA,

Third-Party Defendant.

Case No.: 3:14-cv-00161-JWS

**MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS OF NEGLIGENT HIRING AND NEGLIGENT SUPERVISION**

MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS OF NEGLIGENT HIRING AND NEGLIGENT SUPERVISION
*Cabales v. Morgan, Arctic Chiro, and Twiford*, 3:14-cv-00161-JWS
Page 1 of 2

Case 3:14-cv-00161-JWS Document 58 Filed 01/21/15 Page 1 of 2

COMES NOW Defendant Christopher F. Twiford, D.C., by and through counsel, Call & Hanson, P.C., and pursuant to Federal Rules of Civil Procedure, Rule 56, moves this court for summary judgment in favor of Defendant Twiford and against plaintiffs on claims for negligent hiring and negligent supervision. This motion is supported by Memorandum of Points and Authorities, the deposition testimonies of Jaclyn Cabales and Jonathan Cabales, the affidavit of Brooke Arnett, discovery responses from Defendant Twiford, and the reports from Dr. Mark J. Sepulveda and Dr. Alan H. Bragman.

CALL & HANSON, P.C.
Attorneys for Defendant Christopher F. Twiford, D.C.

Dated: January 21, 2015

By: s/Michael J. Hanson

Michael J. Hanson
413 G Street
Anchorage, AK 99501-2126
Phone: (907) 258-8864
Fax: (907) 258-8865
E-mail: mjh@chklaw.net
ABA No.: 8611115

**CERTIFICATE OF SERVICE**

I certify that on this 21st day of January, 2015, a true and correct copy of the foregoing document, and attachments if any, were served electronically upon the following counsel of record:

Myron Angstman
John P. Cashion
Robert J. Campbell
Dennis E. Boyle
Gary M. Guarino

s/Michael J. Hanson

CALL & HANSON, P.C.
413 G Street
Anchorage, Alaska 99501-2126
Phone (907) 258-8864 • Fax (907) 258-8865

MOTION FOR PARTIAL SUMMARY JUDGMENT ON CLAIMS OF NEGLIGENT HIRING AND NEGLIGENT SUPERVISION
*Cabales v. Morgan, Arctic Chiro, and Twiford*, 3:14-cv-00161-JWS
Page 2 of 2