Myron Angstman, ABA No. 7410057
Angstman Law Office
P.O. Box 585
Bethel, AK 99559
Telephone: (907) 543-2972
Facsimile: (907) 543-3394
Email: myron@angstmanlawoffice.com

John Cashion, ABA No. 9806025
Cashion Gilmore, LLC
421 W. 1st Avenue, Suite 247
Anchorage, AK 99501
Telephone: (907) 222-7936
Facsimile: (907) 222-7938
Email: john@cashiongilmore.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACLYN CABALES AND JONATHAN CABALES, <br><br> Plaintiffs, <br><br> v. <br><br> ALBERT E. MORGAN, D.C., ARCTIC CHIROPRACTIC BETHEL, LLC, and CHRISTOPHER F. TWIFORD, D.C. <br><br> Defendants, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Third-Party Defendant. | Case No. 3:14-cv-00161-JWS |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANT ALBERT E. MORGAN, D.C.

*Plaintiffs' Motion for Entry of Default Judgment Against Defendant Albert E. Morgan, D.C.*
Cabales v. Albert E. Morgan, et. al., Case No. 3:14-cv-000161-JWS          Page 1

Case 3:14-cv-00161-JWS   Document 76   Filed 08/28/15   Page 1 of 3

At Docket 75, this Court gave the other parties until August 21, 2015 to move to set aside entry of default against Defendant Morgan. The Court's deadline came and went with no Defendant or Third-Party Defendant disputing the propriety of the Superior Court's December 7, 2013 entry of default as to Morgan.[1] The order at Docket 75 then stated: "If no motion to set aside Morgan's default is timely filed, *plaintiff shall move for default judgment* against Morgan within 21 days . . . ."[2] Pursuant to the Court's direction at Docket 75, Fed. R. Civ. P. 55(b)(2), and Local Rule 55.1, Plaintiffs hereby move for entry of an interlocutory default judgment against Defendant Morgan. This motion is supported by the attached Memorandum and Affidavit of Myron Angstman. A proposed order is being filed for the Court's convenience.

Dated this _28th_ day of August, 2015 in Bethel, Alaska.

                         ANGSTMAN LAW OFFICE
                         Attorneys for Plaintiffs

               By:    s/Myron Angstman
                        Myron Angstman
                        Alaska Bar No. 7410057

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was served electronically this 28th day of August, 2015 to:

Michael Hanson
mjh@chklaw.net

---

[1] See Superior Court Judge Dwayne W. McConnell's December 7, 2013 Order filed by the U.S. as Docket 14-13 Exhibit BM.
[2] See Docket 75 (emphasis added).

*Plaintiffs' Motion for Entry of Default Judgment Against Defendant Albert E. Morgan, D.C. Cabales v. Albert E. Morgan, et. al., Case No. 3:14-cv-000161-JWS*    Page 2

Angstman Law Office
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972

Dennis E. Boyle
paragers@boylelitigation.com

Gary Guarino
gary.guarino@usdoj.gov

Robert J. Campbell
caliberlawgroup@gmail.com


By: s/Myron Angstman
    Angstman Law Office

**Angstman Law Office**
ATTORNEYS AT LAW
P.O. BOX 585
BETHEL, ALASKA
99559
(907) 543-2972

*Plaintiffs' Motion for Entry of Default Judgment Against Defendant Albert E. Morgan, D.C.*
Cabales v. Albert E. Morgan, et. al., Case No. 3:14-cv-000161-JWS      Page 3

Case 3:14-cv-00161-JWS    Document 76    Filed 08/28/15    Page 3 of 3