IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACLYN CABALES AND JONATHAN CABALES, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 3:14-cv-00161-JWS ) |
| ALBERT E. MORGAN, D.C., ARCTIC CHIROPRACTIC BETHEL, LLC, and CHRISTOPHER F. TWIFORD, D.C. | ) ) ) ) |
| Defendants, | ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Third-Party Defendant. | ) ) ) |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND ALL PRETRIAL DEADLINES PENDING SETTLEMENT EFFORT**

The Court has been notified that the Plaintiffs and the Defendants have participated in a mediation and hope to finalize a settlement. To avoid litigation costs and pursuant to Fed. R. Civ. P. 1, the Court hereby GRANTS Plaintiffs' unopposed motion to extend the pretrial deadlines in Docket 82 21-days. No later than March 29, 2016, counsel for the Plaintiffs shall inform the Court as to the status of settlement.

DATED this 9th day of March 2016.

/s/ John W. Sedwick
Senior United States District Court Judge