Myron Angstman, ABA No. 7410057
Angstman Law Office
P.O. Box 585
Bethel, AK 99559
Telephone: (907) 543-2972
Facsimile: (907) 543-3394
Email: myron@angstmanlawoffice.com

John Cashion, ABA No. 9806025
Cashion Gilmore, LLC
1007 W. 3rd Avenue, Suite 301
Anchorage, AK 99501
Telephone: (907) 222-7936
Facsimile: (907) 222-7938
Email: john@cashiongilmore.com

Counsel for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACLYN CABALES AND JONATHAN CABALES, <br><br> Plaintiffs, <br> v. <br><br> ALBERT E. MORGAN, D.C., ARCTIC CHIROPRACTIC BETHEL, LLC, and CHRISTOPHER F. TWIFORD, D.C. <br><br> Defendants, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Third-Party Defendant. | Case No. 3:14-cv-00161-JWS |

**PLAINTIFFS' STATUS REPORT RE SETTLEMENT**

*Plaintiffs' Status Report re Settlement*　　　　　　　　　　　　　　　　　　　　1
Jaclyn Cabales, et al. v. Albert E. Morgan, D.C., et al. ., Case No. 3:14-cv-00161-JWS

Case 3:14-cv-00161-JWS   Document 107   Filed 03/29/16   Page 1 of 2

The Court's order at Docket 106 instructed Plaintiffs to report on the status of settlement efforts no later than March 29, 2016. Plaintiffs hereby report that pursuant to a mediation, the parties, by and through their counsel, have agreed there should be a global dismissal with prejudice of all claims, with each side to bear their own costs and attorneys' fees. Plaintiffs' counsel served a draft of this status report on the counsel of record for the Defendants, as well as the Third-Party Defendant United States in advance of filing this report.

A proposed dismissal order is attached for the Court's convenience. Plaintiffs ask that the Court hold off on signing the dismissal order for 10 days to allow time for final paperwork to be received from one of the Defendants.

Dated this __29__ day of March 2016 in Bethel, Alaska.

ANGSTMAN LAW OFFICE
Attorneys for Plaintiffs

By: s/Myron Angstman
Myron Angstman
Alaska Bar No. 7410057


**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing
was served electronically this _29_ day of March 2016 to:

Michael Hanson
mjh@chklaw.net

Dennis E. Boyle
paragers@boylelitigation.com

Gary Guarino
gary.guarino@usdoj.gov


By: s/Myron Angstman
Angstman Law Office

*Plaintiffs' Status Report re Settlement*  2
Jaclyn Cabales, et al. v. Albert E. Morgan, D.C., et al. ., Case No. 3:14-cv-00161-JWS