IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACLYN CABALES AND JONATHAN CABALES, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 3:14-cv-00161-JWS ) |
| ALBERT E. MORGAN, D.C., ARCTIC CHIROPRACTIC BETHEL, LLC, and CHRISTOPHER F. TWIFORD, D.C. | ) DISMISSAL ORDER ) ) ) |
| Defendants, | ) ) |
| v. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Third-Party Defendant. | ) |

Following a mediation, the Court understands that the parties, though their respective counsel, have agreed to a dismissal with prejudice with all parties to bear their own costs and attorneys' fees. Accordingly, this litigation is HEREBY DISMISSED WITH PREJUDICE, with all parties bearing their own costs and attorneys' fees.

DATED this 12th day of April 2016.

/s/ JOHN W. SEDWICK
SENIOR UNITED STATES DISTRICT JUDGE